NOT FOR PUBLICATION IN WEST'S HAWAI'I REPORTS AND PACIFIC REPORTER

Electronically Filed
Intermediate Court of Appeals
CAAP-14-0001135
30-OCT-2018
08:27 AM

NO. CAAP-14-0001135

IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAI'I

IN THE MATTER OF BCI COCA-COLA BOTTLING COMPANY OF
LOS ANGELES, INC., Respondent/Appellant/Appellee/Cross-Appellee,
v. LEONARD HOSHIJO, in his official capacity as the Director,
Department of Labor and Industrial Relations, STATE OF HAWAI'I;
DEPARTMENT OF LABOR AND INDUSTRIAL RELATIONS, STATE OF HAWAI'I,
Appellees/Appellees/Cross-Appellants, and TAMMY L. JOSUE,
Complainant/Appellee/Appellant/Cross-Appellee

APPEAL FROM THE CIRCUIT COURT OF THE FIRST CIRCUIT
(CIVIL NO. 13-1-1817-06)

ORDER DENYING MOTION FOR RECONSIDERATION
(By: Ginoza, Chief Judge, Fujise and Leonard, JJ.)

Upon consideration of Complainant-Appellee-Appellant-Cross-Appellee Tammy L. Josue's "Motion for Reconsideration of Memorandum Opinion," filed on October 8, 2018, the papers in support and the record and files herein,

IT IS HEREBY ORDERED that said motion is denied.

DATED: Honolulu, Hawai'i, October 30, 2018.

Chief Judge

Associate Judge

Associate Judge